WILLIAM J. WILBER ET AL. *v.* PLANNING COMMISSION
OF THE TOWN OF SOUTHBURY

The defendant's petition for certification for appeal from the Court of Common Pleas in the judicial district of Waterbury is denied.

*Joseph E. Sakal,* in support of the petition.

Submitted September 1—decided September 21, 1977

ROBERT E. THORNE ET AL. *v.* ZONING COMMISSION
OF THE TOWN OF OLD SAYBROOK

The defendant's petition for certification for appeal from the Court of Common Pleas in Middlesex County is granted.

*Peter M. Sipples,* in support of the petition.
*William H. Champlin III,* in opposition.

Submitted September 1—decided September 21, 1977

FREDERICK F. EHRSAM *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF TRUMBULL ET AL.

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Lawrence P. Weisman,* in support of the petition.

*Burton S. Yaffie,* town attorney, and *Serge G. Mihaly,* in opposition.

Submitted September 1—decided September 21, 1977